IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. KALISZEWSKI, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SHEET METAL WORKERS NATIONAL )<br>PENSION FUND, et al, )<br>)<br>Defendants. ) | Civil Action No. 03 - 216E<br><br>Judge Sean M. McLaughlin /<br>Magistrate Judge Lisa Pupo Lenihan |

### ORDER

Pending before the Court is a Motion for Hearing filed contemporaneously with the Counterclaim Motion for Summary Judgment (Doc. No. 31). The Court has issued a Report and Recommendation on the outstanding summary judgment motion on this date, rendering the need for any oral argument on the issue moot. Therefore,

**IT IS ORDERED** this 19th day of July, 2005, that the Motion for Hearing is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

Cc: James E. Spoden
Stormy Deacon
MacDonald, Illig, Jones & Britton
100 State Street
Suite 700
Erie, PA 16507-1498

Stephen Rosenblatt
601 North Fairfax Street
Suite 500
Alexandria, VA 22314