**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS J. KALISZEWSKI, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 03-216E |
|  ) | Judge Sean J. McLaughlin |
| SHEET METAL WORKERS' ) | Magistrate Judge Lisa Pupo Lenihan |
| NATIONAL PENSION FUND, et al. ) | |
| Defendant. ) | |

### MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on July 8, 2003, and was referred to United States Magistrate Judge Susan P. Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case was transferred to Magistrate Judge Lenihan on April 8, 2004.

The magistrate judge's Report and Recommendation (Doc. Nos. 42 and 43), filed on July 19, 2005, recommended that the Motion for Summary Judgment (Doc. No. 31) filed by Defendants and Counterclaim Plaintiffs, Sheet Metal Workers' National Pension Fund, and its Board Trustees, Administrators and Appeals Committee, be denied. Service was made on all counsel of record. No objections to the report and recommendation were filed. After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

**AND NOW**, this 5th day of August , 2005;

**IT IS HEREBY ORDERED**  that Motion for Summary Judgment (Docket #31) filed by Defendants and Counterclaim Plaintiffs, Sheet Metal Workers' National Pension Fund, and its Board Trustees, Administrators and Appeals Committee, is **DENIED**.

**IT IS FURTHER ORDERED** that the report and recommendation of Magistrate Judge Lenihan, dated July 19, 2005, is adopted as the opinion of the court.

                                          s/    Sean J. McLaughlin
                                                United States District Judge

cc:     Lisa Pupo Lenihan
        U.S. Magistrate Judge

        James E. Spoden
        Walter E. Deacon, III
        MacDonald, Illig, Jones & Britton
        100 State St.
        Suite 700
        Erie, PA  16507
        Counsel for Plaintiff

        Stephen M. Rosenblatt
        601 North Fairfax St.
        Suite 500
        Alexandria, VA  22314
        Counsel for Defendant