IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. KALISZEWSKI,<br>    Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 03-216 ERIE<br>) |
| SHEET METAL WORKERS' NATIONAL<br>PENSION FUND (the "Fund"), and its<br>"BOARD TRUSTEES," "ADMINISTRATORS,"<br>and "APPEALS COMMITTEE",<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) ELECTRONICALLY FILED |

## ORDER

AND NOW, to-wit, this __16th__ day of November, 2005, in accordance with the Stipulation of Dismissal filed by plaintiff Thomas J. Kaliszewski and defendants Sheet Metal Workers' National Pension Fund, and its "Board Trustees," "Administrators," and "Appeals Committee," and with the understanding that the parties have reached an agreement regarding the settlement of this case:

IT IS ORDERED that the Complaint, Counterclaim, and this entire civil action are hereby DISMISSED, without prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this civil action for enforcing the parties' settlement agreement.

_____
Sean J. McLaughlin
United States District Judge