IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. KALISZEWSKI,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 03-216 ERIE |
| SHEET METAL WORKERS' NATIONAL<br>PENSION FUND (the "Fund"), and its<br>"BOARD TRUSTEES," "ADMINISTRATORS,"<br>and "APPEALS COMMITTEE",<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)   ELECTRONICALLY FILED |

## **STIPULATION OF DISMISSAL**

Plaintiff THOMAS J. KALISZEWSKI, by his attorneys, MacDonald, Illig, Jones & Britton LLP, and defendants SHEET METAL WORKERS' NATIONAL PENSION FUND, and its "BOARD TRUSTEES," "ADMINISTRATORS," and "APPEALS COMMITTEE," by their attorney, Stephen M. Rosenblatt, Esq., Deputy General Counsel, hereby stipulate as follows, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure:

1. The parties have reached an agreement regarding the settlement of this case.

2. The Complaint, Counterclaim, and this entire civil action shall be dismissed, with prejudice.

3. The Court shall retain jurisdiction of this civil action for enforcing the parties' settlement agreement.

Respectfully submitted,

/s Walter E. "Stormy" Deacon III
James E. Spoden
Pa. Bar ID No. 42927
Walter E. "Stormy" Deacon III
Pa. Bar ID No. 82961
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7600
Fax: (814) 454-4647
jspoden@mijb.com
wdeacon@mijb.com

Attorneys for Plaintiff
  Thomas J. Kaliszewski


/s Stephen M. Rosenblatt
Stephen M. Rosenblatt
Pa. Bar ID No. 52766
Deputy General Counsel
Sheet Metal Workers' National Pension Fund
501 North Fairfax Street, Suite 500
Alexandria, VA 22314-2075
(703) 739-7113
Fax: (703) 739-7832
srosenblatt@smwnpf.org

Attorney for Defendants
  Sheet Metal Workers' National Pension Fund and
  its "Board Trustees," "Administrators," and
  "Appeals Committee"

927399