IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. KALISZEWSKI,<br>    Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 03-216 ERIE<br>) |
| SHEET METAL WORKERS' NATIONAL<br>PENSION FUND (the "Fund"), and its<br>"BOARD TRUSTEES," "ADMINISTRATORS,"<br>and "APPEALS COMMITTEE",<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) ELECTRONICALLY FILED |

## ORDER

AND NOW, to-wit, this 23rd day of December, 2005, in accordance with the Stipulation of Dismissal filed by plaintiff Thomas J. Kaliszewski and defendants Sheet Metal Workers' National Pension Fund, and its "Board Trustees," "Administrators," and "Appeals Committee," and with the understanding that the parties have reached an agreement regarding the settlement of this case:

IT IS ORDERED that the Complaint, Counterclaim, and this entire civil action are hereby DISMISSED, with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this civil action for enforcing the parties' settlement agreement.

                                                    Sean J. McLaughlin
                                                    United States District Judge